UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __13-4308__ as

☐ Retained   ☐ Court-appointed(CJA)   ☐ Court-assigned(non-CJA)   ☐ Federal Defender   ☐ Pro Bono   ☑ Government

COUNSEL FOR: __The United States__

_____ as the
(party name)

☐ appellant(s)   ☑ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☐ amicus curiae   ☐ intervenor(s)

__Molly Thebes, SAUSA__
(signature)

| | |
|---|---|
| __Molly Thebes__ | __(301) 344-4433__ |
| Name (printed or typed) | Voice Phone |
| __United States Attorney's Office__ | __(301) 344-4516__ |
| Firm Name (if applicable) | Fax Number |
| __6500 Cherrywood Lane, Suite 200__ | |
| __Greenbelt, MD 20770__ | __molly.thebes@usdoj.gov__ |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on __10/24/2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

__Molly Thebes__                                                                 __10/24/2013__
Signature                                                                              Date

11/17/2011
SCC